# EXHIBIT B







# 2000 ENVOY 4WD (4-DOOR)

VORTEC 4300 V6 SFI GAS ENGINE   EXTERIOR  PEWTER METALLIC
4-SPD AUTO TRANS W/ OVERDRIVE   INTERIOR  PEWTER INTERIOR TRIM

## STANDARD EQUIPMENT
Items Featured Below are included at NO EXTRA CHARGE in the Standard Vehicle Price Shown at Right

**TRUCK CAPABILITY EQUIPMENT:**
- HIGH INTENSITY HEADLAMPS
- FULL LENGTH STEEL TRUCK FRAME
- ROOF MOUNTED CARGO RACK
- FULL SIZE SPARE TIRE
- ENGINE AND TRANS OIL COOLERS
- HEAVY DUTY BATTERY
- RECOVERY HOOKS
- 8-POINT ELECTRONIC COMPASS
- OUTSIDE TEMPERATURE GAUGE
- TOW/HAUL SHIFT PREFERENCE
- INTEGRAL FOGLAMPS
- PROTECTIVE BODYSIDE CLADDINGS
- 2 SPEED ACTIVE TRANSFER CASE
- HEAVY DUTY TRAILERING PACKAGE
- LOAD LEVELING SUSPENSION
- ON-BOARD AIR COMPRESSOR

**SAFETY & SECURITY FEATURES:**
- DUAL FRONT AIR BAGS
- 4 WHEEL DISC ANTILOCK BRAKES
- PASSLOCK THEFT DETERRENT SYS.
- WINDOW LOCKOUT & CHILD LOCKS
- DAYTIME RUNNING LAMPS

**COMFORT/CONVENIENCE EQUIPMENT:**
- 8-WAY PWR DRIVER SEAT
- 2-POSITION MEMORY DRIVER SEAT
- 8-WAY PWR PASSENGER SEAT
- HEATED PWR LUMBAR FRT SEAT
- ELECTRONIC CLIMATE CONTROL
- REMOTE KEYLESS ENTRY W/PANIC
- BOSE PREMIUM SOUND W/CASSETTE SEEK/SCAN, SSV AND CLOCK
- 6-DISC CD CHANGER
- REAR SEAT AUDIO CONTROLS
- INTERMITTENT WIPER/WASHERS
- DOOR ACTIVATED INTERIOR LAMPS
- SPLIT FOLDING REAR SEAT
- OVERHEAD AND FLOOR CONSOLE
- ELECTROCHROMIC MIRRORS
- HEATED POWER FOLDING MIRRORS
- HOMELINK TRANSMITTER TRIP COMPUTER

| | MANUFACTURER'S SUGGESTED RETAIL PRICE |
|---|---|
| **STANDARD VEHICLE PRICE** | **$34,170.00** |
| Options Installed by Manufacturer | |
| MARKETING OPTION PACKAGE - 1SG | NO CHARGE |
| POWER SUNROOF | 750.00 |
| FULL FEATURE BUCKET SEATS | NO CHARGE |
| GVW RATING - 5,350 LBS | NO CHARGE |
| FEDERAL EMISSIONS | NO CHARGE |
| REAR AXLE - 3.42 RATIO | NO CHARGE |
| VORTEC 4300 V6 SFI GAS ENGINE | NO CHARGE |
| 4-SPD AUTO TRANS W/ OVERDRIVE AND ELECTRONIC CONTROL | NO CHARGE |
| LIFTGATE/LIFTGLASS BODY | NO CHARGE |
| RR RADIO CNTRL & EARPHONE JACKS | NO CHARGE |
| ENVOY DECOR | NO CHARGE |
| SOLID COLOR | NO CHARGE |
| **TOTAL OPTIONS** | **$750.00** |

MAXIMUM TOW RATING FOR THIS VEHICLE IS 5,600 LBS/ 2,540KG WITH APPROPRIATELY RATED TRAILER HITCH. TOW RATING MUST BE REDUCED BY WEIGHT OF PASSENGERS, CARGO AND OPTIONAL EQUIPMENT. SEE DEALER AND OWNER'S MANUAL FOR MORE INFORMATION.

Compare this vehicle to others in the FREE FUEL ECONOMY GUIDE available at the dealer

**CITY MPG: 16**
**HIGHWAY MPG: 20**

ACTUAL MILEAGE WILL VARY WITH OPTIONS, DRIVING CONDITIONS, DRIVING HABITS AND VEHICLE'S CONDITION. RESULTS REPORTED TO EPA INDICATE THAT THE MAJORITY OF VEHICLES WITH THESE ESTIMATES WILL ACHIEVE BETWEEN __ AND __ MPG IN THE CITY AND BETWEEN __ AND __ MPG ON THE HIGHWAY.

2000 JIMMY 4WD
4.3 LITER V6 ENGINE
FUEL INJECTION, ELECT WLOCK UP
4 SPEED TRANSMISSION
CATALYST, FEEDBACK FUEL SYSTEM

ESTIMATED ANNUAL FUEL COST: $1,058

FOR COMPARISON SHOPPING, ALL VEHICLES CLASSIFIED AS SPECIAL PURPOSE HAVE BEEN ISSUED MILEAGE RATINGS RANGING FROM __ TO __ MPG CITY AND __ TO __ MPG HIGHWAY.

21148     TWA

| | |
|---|---|
| **TOTAL VEHICLE & OPTIONS** | **$34,920.00** |
| DESTINATION CHARGE | 525.00 |
| **TOTAL VEHICLE PRICE*** | **$35,445.00** |

DEALER TO WHOM DELIVERED
BOB SELLERS PONTIAC-GMC TRUCK, INC.
P.O. BOX 2070
FARMINGTON HILLS, MI 48333-2070

ORDER NO
STOCK CODE
DEALER NO 21148
FINAL ASSEMBLY  MORAINE, OH    U.S.A.
VIN

| | |
|---|---|
| Year: 2004 | Engine: ENGINE, VORTEC 4200 MFI L6 includes transmission oil cooler (275 HP [205.1 kW] @... |
| Make: Buick | Transmission: TRANSMISSION, 4-SPEED AUTOMATIC, ELECTRONICALLY CONTROLLED WITH ... |
| Model: Rainier 4dr CXL AWD | Exterior: Black |
| VIN: | Interior: Medium Pewter |

**MECHANICAL**

- Transfer case, AWD electronic automatic system, variable driving torque percentage
- Alternator, 150 amps
- Battery, heavy-duty, includes rundown protection and retained accessory power
- All-wheel-drive
- GVWR, 5750 lbs.
- Differential, locking, heavy-duty, rear
- Rear axle, 3.73 ratio
- Suspension Package, Premium Smooth Ride
- Suspension, front, double A arm
- Suspension, rear, load-leveling, 5-link solid axle, electronically controlled air suspension
- Trailering equipment, heavy-duty, includes trailering hitch platform, 7-wire harness plus CHMSL wire and heavy-duty flasher
- Trailering wire harness, connector
- Tires, P255/60R17, all-season, blackwall
- Tire, spare, full-size, includes 17" steel wheel located at rear underbody of vehicle
- Wheels, 4 - 17" x 7" custom aluminum, 8-spoke, includes tri-shield center caps and full-size steel spare
- Steering, power
- Brakes, 4-wheel antilock, 4-wheel disc
- Fuel capacity, approximate, 22 gallons

**EXTERIOR**

- Luggage rack, rooftop, includes side rails
- Bumpers, front and rear, color-keyed
- Headlamps, dual halogen composite, includes flash-to-pass feature and automatic lamp control
- Daytime running lamps, includes automatic exterior lamp control
- Lamps, cornering
- Fog lamps, front, halogen
- Mirrors, outside rearview, foldaway, heated, with turn signal indicators
- Glass, Solar-Ray deep tinted
- License plate bracket, front, includes cover for states where a front license plate is not required
- Body, liftgate with liftglass, includes electric release and rear-window wiper/washer
- Wipers, intermittent, front

**INTERIOR**

- Custom Perforated Leather-appointed seats
- Seats, front leather-appointed reclining buckets, with adjustable head restraints; driver and passenger seat includes 8-way power adjustment and 2-way power lumbar; center console and storage pocket on passenger seat only

- Seat adjuster, power passenger 8-way
- Seats, rear, 2nd row, split-folding
- Floormats, color-keyed, carpeted front and rear, removable
- Steering wheel, leather-wrapped rim, includes accessory controls for audio and Driver Information Center
- Steering column, Tilt-Wheel, adjustable, includes brake/transmission shift interlock
- QuietTuning, includes acoustic laminate in windshield, laminated front door glass, 26 strategically-placed elements of sound insulation, specially- selected quiet-riding tires and exhaust modifications
- Windows, power, includes driver and front passenger, express-down feature and lockout features
- Door locks, power programmable
- Keyless entry, remote, programmable, includes 2 transmitters, panic button and content theft alarm
- Driver Information Center, monitors up to 13 different systems, includes trip computer, fluid levels and door ajar
- OnStar, 1-year Safe and Sound service, includes automatic notification of air bag deployment, emergency services, roadside assistance, stolen-vehicle tracking, AccidentAssist, remote door unlock, remote diagnostics, online concierge and remote horn and lights. Drivers can also opt for other available OnStar services, including making and receiving voice-activated, hands-free phone calls with Personal Calling and getting location-based traffic and weather reports with Virtual Advisor
- Memory Package, 2-position memory, driver seat and outside rearview mirrors
- Cruise control
- Travel Note digital recorder, located in overhead console
- Universal transmitter, HomeLink, includes garage door opener, 3-channel programmable
- Theft-deterrent system, PASSlock
- Theft-deterrent alarm system, content theft alarm
- Air conditioning, dual-zone, automatic, individual climate settings for driver and right front passenger
- Defogger, rear-window, electric
- Sound system, ETR AM/FM stereo with CD and cassette player, includes seek-and-scan, digital clock, auto-tone control, speed-compensated volume, TheftLock, random select, auto-reverse cassette and Radio Data System
- Sound system feature, rear audio controls, includes headphone jacks and controls
- Cupholders, front and rear of center console
- Glovebox, passenger side of instrument panel
- Power outlets, auxiliary, covered, 2 in front bottom of instrument panel, 1 in rear of center console, 12-volt
- Lighting, perimeter with theater dimming, cargo compartment, reading lamps in all rows, door- and tailgate-activated switches, illuminated entry, exit feature and rear map lights
- Console, overhead, custom
- Visors, padded, color-keyed, driver and passenger side with cloth trim, extendable feature, illuminated vanity mirrors
- Cargo storage well

**SAFETY**

- Brakes, 4-wheel antilock, 4-wheel disc
- Air bags, frontal, driver and right front passenger
- Daytime running lamps, includes automatic exterior lamp control
- Door locks, child security, rear

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| 14 |  Fuel Economy Information | 19 |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition.

## New

| | |
|---|---|
| **MSRP** | **$37,595.00** |
| **INSTALLED OPTIONS** | |
| Emissions, Federal Requirements | $0 |
| GVWR, 5750 LBS. (2608 KG) | $0 |
| CXL Preferred Equipment Group | $0 |
| • standard equipment | |
| Convenience Package | $150 |
| • convenience net | |
| • rear reversible cargo mat and cargo shade | |
| • rear | |
| Pedals, Power Adjustable | $150 |
| Seats, Heated, Driver And Front Passenger | $275 |
| • separate control for back and seat cushion | |
| Smokers Package | $30 |
| • muffin ashtray and lighter | |
| Sunroof, Power, Tilt Sliding, Electric With Express Open And Wind Deflector | $885 |
| Original Shipping Charge | $685 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$39,770.00** |

**Get more information on your smartphone:**





www.BillMarsh.com
800-596-2774

| | |
|---|---|
| Year: 2012 | Engine: V6 Cylinder Engine |
| Make: Buick | Transmission: TRANSMISSION, 6-SPEED AUTOMATIC |
| Model: Enclave AWD 4dr Premium | Exterior: White Diamond Tricoat |
| VIN: | Interior: Titanium |



**CITY MPG** 16     **HIGHWAY MPG** 22

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition.

## MECHANICAL

- Axle, 3.16 ratio
- All-wheel drive
- Alternator, 170 amps
- Trailering provisions, 2000 lbs. (907 kg)
- GVWR, 6459 lbs. (2930 kg)
- Suspension, Premium Ride, 4-wheel independent
- Steering, power, variable effort
- Exhaust, dual with bright chromed tips

## EXTERIOR

- Luggage rack side rails, roof-mounted, chromed
- Headlights, articulating
- Fog lamps, front, halogen, with projector technology
- Glass, Solar-Ray deep-tinted, rear-side, quarter panel and liftgate
- Wipers, front intermittent with structureless wiper blades
- Wiper, rear intermittent with washer
- Liftgate, rear power

## ENTERTAINMENT

- SiriusXM Satellite Radio is standard on nearly all 2012 GM models. Enjoy a 3-month trial to the 'XM Select' package, with over 170 channels including commercial-free music, all your favorite sports, exclusive talk and entertainment. And now add premium channels to your trial at no-cost. Welcome to the world of satellite radio. (Requires a subscription sold separately by SiriusXM after the trial period. If you decide to continue your service at the end of your subscription, service will automatically renew and bill, at the rates in effect at the time of renewal, until you call SiriusXM at 1-866-635-2349 to cancel. See our Customer Agreement for complete terms at www.siriusxm.com. Available only to those at least 18 and older in the 48 contiguous USA and D.C. Replaced by (UBS) NavTraffic when (UUM) Audio system with Navigation or (U4H) Audio system with Rear Seat Entertainment are ordered.)
- Bluetooth for phone personal cell phone connectivity to vehicle audio system and HMI (Human Machine Inerface)

- QuietTuning Buick exclusive process to reduce, block and absorb noise and vibration to create a quiet interior cabin

## INTERIOR

- Seat adjuster, 4-way power front passenger (fore-aft and recline), power lumbar
- Floor mats, front and rear auxiliary, covering (Floormats first, second and third row.)
- Steering wheel, leather-wrapped with Mahogany wood accents
- Instrumentation includes Driver Information Center, tachometer, speedometer, fuel, coolant temperature, battery, gear selector, outside air temperature and compass display (Digital compass display moves to navigation screen with (UUM) Audio system with Navigation and (U4H) Audio system with Rear Seat Entertainment and Navigation.)
- Instrumentation, engine oil life monitor
- Windows, power with driver Express-Up and -Down features, passenger Express-Down feature
- Universal Home Remote, includes garage door opener, 3-channel programmable
- Theft-deterrent system, vehicle, PASS-Key III, engine immobilizer with content theft alarm
- Air conditioning, tri-zone automatic climate control with individual climate settings for driver and right front passenger and rear seat occupants
- Defogger, rear-window electric
- Glovebox, locking, passenger-side of instrument panel
- Mirror, inside rearview auto-dimming
- Visors, driver and front passenger illuminated vanity mirrors

## SAFETY

- Brakes, 4-wheel antilock, 4-wheel disc
- Air bags, dual-stage frontal and side-impact, driver and front passenger and side curtain for first, second and third row outboard passengers with Passenger Sensing System and roll over protection (Always use safety belts and child restraints. Children are safer when properly secured in a rear seat in the appropriate child restraint. See the Owners Manual for more information.)
- Door locks, rear child security
- Tire Pressure Monitor System

## New

| | |
|---|---|
| MSRP | $45,765.00 |
| INSTALLED OPTIONS | |
| Emissions, Federal Requirements | $0 |
| 1 SN Preferred Equipment Group | $0 |
| • Standard Equipment | |
| Wheels, 20" (50.8 CM) Chrome Clad Aluminum | $300 |
| Tires, P255/55 R20 All Season, Blackwall | $0 |
| Wheel, 17" (43.2 CM) Compact Steel Spare Wheel And Tire | $0 |
| White Diamond Tricoat | $795 |
| Titanium, Perforated Leather Seating Surface | $0 |
| Audio System With Rear Seat Entertainment And Navigation | $3,185 |
| Sunroof, Power | $1,400 |
| License Plate Bracket, Front Mounting Package | $15 |
| Navtraffic | $0 |
| Original Shipping Charge | $825 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$52,285.00** |

### Get more information on your smartphone:



## Pilson Auto Centers

pilsonauto.com
217-234-6461

MonroneyLabels.com

| | |
|---|---|
| Year: 2014 | Engine: 4 Cylinder Engine |
| Make: Buick | Transmission: TRANSMISSION, 6-SPEED AUTOMATIC, ELECTRONICALLY CONTROLLED WITH ... |
| Model: Encore AWD 4dr Leather | Exterior: Quicksilver Metallic |
| VIN: | Interior: Ebony |

## MECHANICAL
- Axle, 3.53 final drive ratio
- Drivetrain, all-wheel drive
- Alternator, 130 amps
- Suspension, Ride and Handling
- Steering, power, variable effort, electronic
- Exhaust system, rear exit
- Exhaust tip, styled stainless-steel
- Keys, ignition, foldable
- Mechanical jack

## EXTERIOR
- Tires, P215/55R18 all-season, blackwall
- Tire, compact spare 16", located under cargo floor
- Fascias, front and rear accent color includes rocker moldings
- Headlamps, halogen composite projector beam with blue translucent ring and automatic exterior lamp control
- Fog lamps, front
- Lamp, center high-mounted stop/brake
- Glass, acoustic, laminated
- Glass, deep-tinted
- Windshield, solar absorbing
- Mirrors, outside heated power-adjustable, body-color, manual-folding with turn signal indicators
- Door handles, body-color with chrome strips
- Wipers, front intermittent with pulse washers
- Wiper, rear intermittent
- Vehicle protection, corrosion preventative

## ENTERTAINMENT
- Antenna, roof-mounted
- Audio system feature, 6-speaker system
- Audio system feature, color display, 7" diagonal
- QuietTuning Buick exclusive process that consists of acoustically enhanced windshield and side glass, along with numerous noise canceling acoustic treatments to reduce, block and absorb noise and vibration to create a quiet interior cabin
- Noise control system, active noise cancellation

## INTERIOR
- Memory Package driver side "presets" for seat position
- Seats, heated driver and front passenger
- Seat adjuster, driver 6-way power with manual recline and power lumbar adjustment
- Seat adjuster, front passenger 6-way power with manual recline and power lumbar adjustment
- Seatback, passenger flat-folding
- Headrests, 2-way adjustable, up/down
- Door sill plate cover, front
- Steering column, tilt and telescopic, adjustable
- Steering wheel, leather-wrapped 3-spoke, color-keyed with theft-deterrent locking feature
- Steering wheel, heated
- Steering wheel controls, mounted audio and phone interface controls
- Driver Information Center includes tachometer, speedometer, fuel, coolant temperature, battery and compass
- Instrumentation, outside temperature display, located on audio system
- Instrumentation, analog with mpg speedometer and tachometer
- Oil life monitoring system
- Cruise control, electronic with set and resume speed
- Air conditioning, dual-zone automatic climate control with individual climate settings for driver and right front passenger
- Air filter, particle
- Defogger, rear-window electric
- Shift knob, satin silver and chrome
- Glovebox, dual
- Power outlet, 120-volt, located on the rear of center console
- Mirror, inside rearview auto-dimming
- Visors, driver and front passenger illuminated vanity mirrors, covered
- Lighting, interior, dimming instrument panel cluster
- Lighting, interior, Ice Blue ambient, located on instrument panel
- Lighting, interior, overhead courtesy lamp
- Lighting, interior, rear cargo compartment lamp
- Cargo storage, tray under rear floor
- Cargo cover, rear, stowable and removable
- Side Blind Zone Alert

## SAFETY
- Brakes, 4-wheel antilock, 4-wheel disc
- StabiliTrak, stability control system
- Daytime Running Lamps, reduced intensity low beam
- Air bags, frontal and knee for driver and front passenger, side-impact seat-mounted and roof rail for front and rear outboard seating positions
- Air bag, Passenger Sensing System, sensor indicator inflatable restraint, front passenger/child presence detector
- Safety belts, 3-point, driver and front passenger height-adjustable with load limiters
- Safety belts, 3-point rear, all seating positions
- Restraint provisions, child, Isofix 2 point only, point/latch includes 3 top tether points
- Rear Cross-Traffic Alert
- Rear Vision Camera
- Door locks, child security, rear, electrical
- Tire Pressure Monitor, manual learn
- Horn, dual note tone

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| 23 |  Fuel Economy Information | 30 |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition.

### INSTALLED OPTIONS

| | |
|---|---|
| Emissions, Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont And Washington State Requirements | $0 |
| 1 SL Preferred Equipment Group | $0 |
| • Standard Equipment | |
| Quicksilver Metallic | $0 |
| • (BT3) Dark Argent Metallic lower accent color | |
| Dark Argent Metallic Lower Accent Color | included |
| Ebony, Leather Appointed Seats | $0 |
| Audio System With Navigation, Am/Fm/Siriusxm Stereo, Single CD Player And MP3 Player | $795 |
| • navigation<br>• IntelliLink 7" diagonal color LCD display<br>• GPS navigation system<br>• USB port<br>• Radio Data System (RDS) and auxiliary input jack | |
| License Plate Bracket, Front Mounting Package | $0 |
| Original Shipping Charge | $925 |



www.creditnow.com
866-864-9899

MonroneyLabels.com

| | |
|---|---|
| Year: 2012 | Engine: 8 Cylinder Engine |
| Make: Cadillac | Transmission: TRANSMISSION, 6-SPEED AUTOMATIC, HEAVY-DUTY, 6L80E, ELECTRONICALLY.. |
| Model: Escalade 2WD 4dr Platinum Edition | Exterior: White Diamond Tricoat |
| VIN: | Interior: Cocoa/Light Linen |

## MECHANICAL

- Throttle control, electronic
- Cooling, external engine oil cooler, heavy-duty
- Cooling, external transmission oil cooler, heavy-duty air-to-oil
- Rear wheel drive
- Differential, heavy-duty locking rear
- Rear axle, 3.42 ratio
- Battery, heavy-duty with rundown protection and retained accessory power
- Alternator, 160 amps
- Trailering equipment, heavy-duty includes trailering hitch platform, 7-wire harness with independent fused trailering circuits and 7-way sealed connector
- GVWR, 7100 lbs.
- Suspension, front independent, SLA, coil over shock and stabilizer bar
- Suspension, rear 5-link coil springs
- Automatic level control, heavy-duty, air
- Steering, power, rack-and-pinion
- Exhaust, dual-outlet stainless-steel

## EXTERIOR

- Tires, P285/45R22, all-season, blackwall TL AL2
- Tire inflation kit
- Fascia, front, body-color
- Fascia, rear, body-color
- Moldings, color-keyed bodyside with chrome accents
- Headlamps, LED
- Headlamps, Twilight Sentinel automatic delay
- Headlamps, IntelliBeam
- Fog lamps, front rectangular halogen, integral in front fascia
- Tail lamps, LED illumination
- Mirrors, outside heated power-adjustable, power-folding and driver-side auto-dimming, color-keyed with integrated turn signal indicators, ground illumination and programmable to provide curb view when in reverse
- Wipers, front intermittent
- Wiper, rear intermittent with washer
- Door handles, chrome
- Body, power liftgate

## ENTERTAINMENT

- Bluetooth for phone, personal cell phone connectivity to vehicle audio system and HMI
- NavTraffic is available in over 100 markets and works with your vehicle's navigation system to give you continuously updated traffic data right when you need it most – while you're driving. You'll avoid traffic tie-ups, save time and gas by getting alternate routes, and, in some cases, receive traffic speed and drive-time information. Plus, you can use NavTraffic at the same time you're enjoying SiriusXM Satellite Radio. You'll find that once you start using NavTraffic, you won't want to drive without it.
- Audio system feature, Bose 5.1 Cabin Surround Sound system with 10 speakers

## INTERIOR

- Seat release, second row, power for tumble and fold
- Floor covering, color-keyed carpeting
- Steering wheel, power-tilt, color-keyed with wood and leather-wrapped rim, locking.
- Steering wheel controls, mounted audio and Driver Information Center controls
- Instrumentation, analog with speedometer, odometer, fuel level, engine temperature and tachometer
- Windows, power with driver and front passenger Express-Up/Down and lockout features
- Pedals, power-adjustable for accelerator and brake
- Remote vehicle start, adaptive
- Cruise control, electronic with set and resume speed
- Theft-deterrent system, vehicle, PASS-Key III+
- Cup holders, quad front, dual second row and single third row
- Cup holders, heated and cooled
- Mirror, inside rearview auto-dimming, includes OnStar controls.
- Visors, driver and front passenger illuminated vanity mirrors with extenders

## SAFETY

- Brakes, 4-wheel antilock, 4-wheel disc, VAC power
- Daytime Running Lamps with automatic exterior lamp control
- Air bags, head curtain side-impact, first, second and third row outboard seating positions with rollover sensor
- Air bags, seat-mounted side-impact, driver and right-front passenger for thorax and pelvic protection
- Rear Park Assist
- Rear Vision Camera
- Safety belts, first and second row belts to body, third row belts to seat, lap and shoulder all seating positions
- Door locks, child rear security

| CITY MPG | | HIGHWAY MPG |
|---|---|---|
| 14 |  Fuel Economy Information | 18 |

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition.

## New

| | |
|---|---|
| **MSRP** | **$79,945.00** |
| **INSTALLED OPTIONS** | |
| Emissions, Federal Requirements | $0 |
| Platinum Edition Preferred Equipment Group | $0 |
| • Standard Equipment | |
| White Diamond Tricoat | $0 |
| Cocoa/Light Linen, Tehama Full Leather Seats With Mini Perforated Inserts | $0 |
| Audio System With Navigation, Compact Flash, Am/Fm/Siriusxm Stereo With MP3/CD/DVD Video/Audio Changer | $0 |
| Lpo, Wheel Locks | $55 |
| Original Shipping Charge | $995 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$80,995.00** |

### Get more information on your smartphone:





www.AtlantaAutos.com
678-213-4455

MonroneyLabels.com

Year: 2005
Make: GMC
Model: Yukon XL 4dr 1500 4WD SLT
VIN:

Engine: 8 Cylinder Engine
Transmission: TRANSMISSION, 4-SPEED AUTOMATIC , electronically controlled with overdrive.
Exterior: Sport Red Metallic
Interior: Pewter/Dark Pewter

**MECHANICAL**

- Battery, heavy-duty, 600 cold-cranking amps, includes rundown protection and retained accessory power
- Alternator, 160 amps
- Trailering wiring harness, 7-wire
- Recovery hooks, 2 front, frame-mounted
- GVWR, 7200 lbs.
- Suspension Package, Premium Smooth Ride, includes 46mm diameter high pressure gas shocks
- Suspension, front, independent torsion bar, and stabilizer bar
- Suspension, rear, multi-link with coil springs
- Tire carrier, lockable, outside spare, winch-type mounted under frame at rear
- Steering, power
- Fuel capacity, approximate, gallon 31
- Exhaust, aluminized stainless-steel muffler and tailpipe
- Tools, mechanical jack and wheel wrench, stored in rear quarter trim

**EXTERIOR**

- Luggage rack, roof-mounted, Black
- Bumper, front, chrome
- Bumper, rear, chrome step, includes pad
- Air dam, Gray
- Moldings, bodyside, body-color, with bright insert
- Grille, chrome surround
- Assist steps, Black, mounted between front and rear wheels at bottom of rocker panel
- Headlamps, dual halogen composite, includes flash-to-pass feature and automatic lamp control
- Fog lamps, front, rectangular, halogen
- Glass, Solar-Ray deep tinted
- Body, liftgate with liftglass, rear door system, includes rear-window wiper/washer

**INTERIOR**

- SLT decor
- Seats, middle leather appointed 60/40 split-folding bench, 3-passenger with center armrest, storage tray and rear passenger easy entry
- Seats, rear 3rd row vinyl bench, 3-passenger, 1-piece removable

- Cupholders, in front seating area
- Cupholders, in rear of floor console
- Cupholders, driver and passenger side in 3rd row side trim
- Smokers Package, includes ashtray and lighter
- Floor covering, color-keyed carpeting
- Floormats, color-keyed, carpeted front and 2nd row, removable
- Steering column, Tilt-Wheel, adjustable, includes brake/transmission shift interlock
- Steering wheel, leather-wrapped rim, Black
- Steering wheel, mounted controls, includes audio and driver information center controls
- Driver Information Center, full functionality, monitors numerous systems
- Tire pressure monitoring system
- Instrumentation, analog, includes speedometer, odometer with trip odometer, fuel level, voltmeter, engine temperature, oil pressure and tachometer
- Warning tones, headlamp on, key-in-ignition, buckle-up reminder, turn signal on
- Windows, power, includes driver express-down and lockout features
- Cruise control, electronic with set and resume speed, includes telltale in instrument panel cluster
- Heater and defogger, includes front and side window defoggers, rear passenger heating ducts and heater, rear auxiliary
- Defogger, rear-window, electric
- Sound system feature, Bose Premium speaker system, 9 speakers, includes subwoofer in center console
- OnStar, 1-year Safe and Sound Service, includes automatic notification of air bag deployment, stolen vehicle tracking, emergency services, roadside assistance, remote door unlock, remote horn and lights, GM Goodwrench remote diagnostics, AccidentAssist and online concierge. Drivers can also obtain the available voice-activated, hands-free Personal Calling service and Virtual Advisor that provides location-based traffic and weather reports and other personalized information
- Door trim, lights on front doors, side reflectors on rear doors
- Armrests, driver and passenger doors, padded
- Mirror, inside rearview, electrochromic , 8-point compass, outside temperature indicator and right front passenger air bag status
- Visors, padded, Shale-colored, driver and passenger side with cloth trim, extenders, illuminated vanity mirrors and corner storage pockets on back of visors
- Assist handles, front passenger and outboard 2nd row seats
- Coat hooks, driver and passenger side, rear seat and cargo area
- Storage bin, behind rear driver side quarter panel

**SAFETY**

- Air bags, frontal, dual-stage, driver and right front passenger, includes Passenger Sensing System
- Brake/transmission shift interlock



CITY MPG **14**   HIGHWAY MPG **18**

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition.

## New

| | |
|---|---|
| **MSRP** | **$42,155.00** |
| **INSTALLED OPTIONS** | |
| Suspension Package, Autoride | included |
| Emissions, Federal Requirements | $0 |
| SLT Preferred Equipment Group | $5,080 |
| Tires, P265/70 R17, All Season, White Outlined Letter | $125 |
| Seats, Front Leather Seating Surfaces Power Reclining Full Feature Buckets | included |
| Sound System, Etr Am/Fm Stereo With 6 Disc CD Changer | included |
| Wheels, 4 17" X 7.5" (43.2 CM X 19.1 CM) 6 Spoke Premium Aluminum Ultra Bright Polish | $645 |
| Safe And Secure Package | $1,470 |
| Sun, Sound And Entertainment Package | $2,720 |
| Trailering Equipment, Heavy Duty | $330 |
| Air Cleaner, High Capacity | $0 |
| Cooling, External Transmission Oil Cooler, Heavy Duty Air To Oil | included |
| Cargo Package | included |
| Mirrors, Outside Rearview, Power Folding, Power Adjustable, Heated, Color Keyed, Driver Side Electrochromic | included |
| Air Bags, Side Impact, Driver And Right Front Passenger | included |
| Entertainment System, Rear Seat | included |
| Pedals, Power Adjustable | included |
| Sound System Feature, XM Satellite Radio. | included |
| Sunroof, Power, Tilt Sliding, Electric | included |
| Universal Transmitter, Homelink | included |
| Customer Dialogue Network | $0 |
| Original Shipping Charge | $850 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$53,375.00** |



www.BillMarsh.com
800-596-2774

MonroneyLabels.com

| | |
|---|---|
| Year: 2007 | Engine: V6 Cylinder Engine |
| Make: GMC | Transmission: Automatic 6-spd |
| Model: Acadia FWD 4dr SLT | Exterior: Liquid Silver Metallic |
| VIN: | Interior: Ebony |

**CITY MPG** 16        **HIGHWAY MPG** 22

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

## MECHANICAL

- Axle, 3.16 ratio
- Front wheel drive
- Alternator, 170 amps
- GVWR, 6400 lbs. (2903 kg)
- Suspension, Ride and Handling
- Steering, power, variable effort
- Exhaust, double dual with chrome tips

## EXTERIOR

- Spoiler, rear
- Roof rails, brushed aluminum, longitudinal
- Moldings, body-color bodyside
- Headlamps, dual halogen projector lamp
- Headlamp control, automatic on and off
- Fog lamps, front round halogen
- Glass, Solar-Ray deep-tinted (all windows except light-tinted glass on windshield and driver- and front passenger-side glass)
- Door handles, chrome (Bright beltline molding.)
- Wipers, front intermittent with washers
- Wiper, rear intermittent with washer
- Body, manual rear liftgate

## INTERIOR

- Seats, heated driver and front passenger
- Console, front center with 2 cup holders and storage
- Cup holders, 2 front on the floor console
- Cup holders, 2 in the second row
- Floor mats, color-keyed carpeted front, second and third row, removable
- Floor covering, color-keyed carpeting
- Insulation, acoustical package
- Steering wheel, leather-wrapped with redundant audio controls
- Steering wheel, Tilt-Wheel and telescopic with brake/transmission shift interlock
- Instrumentation, 5-gauge with Enhanced Driver Information Center and outside temperature indicator
- Tire Pressure Monitoring System
- Cruise control, electronic with set and resume speed
- OnStar, 1-year of Directions and Connections plan. Includes the innovative easy to use Turn-by-Turn Navigation services which provide voice-guided directions (where available). Also includes Automatic Notification of Air Bag Deployment, Stolen Vehicle Location Assistance, Emergency Services, Roadside Assistance, Remote Door Unlock, OnStar Vehicle Diagnostics, Hands-Free Calling, AccidentAssist, Remote Horn and Lights, Information and Convenience Services, and Driving Directions (OnStar services require vehicle electrical system (including battery), wireless service and GPS satellite signals to be available and operating for features to function properly. OnStar acts as a link to existing emergency service providers. Stolen Vehicle Location Assistance and Remote Door Unlock success varies with conditions. OnStar Vehicle Diagnostic available on most 2004 MY and newer GM vehicles. Diagnostic capability varies by model. Turn-by-Turn Navigation requires ABS and is not available in certain areas. Visit onstar.com or call 1-888-466-7827 for system limitations and details)
- Universal Home Remote, includes garage door opener, 3-channel programmable
- Theft-deterrent system, vehicle, PASS-Key III, engine immobilizer
- Defogger, rear-window, electric
- Audio system controls, rear with 2 headphone jacks (headphones not included) and controls for volume, station selection and media
- Antenna, Quad-Band for AM/FM stereo and OnStar
- Mirror, inside rearview auto-dimming with 8-point compass display
- Visors, driver and front passenger, padded with cloth trim, color-keyed
- Cargo storage, under rear floor

## SAFETY

- Door locks, rear child security
- Horn, dual-note

## New

| | |
|---|---|
| **MSRP** | **$33,225.00** |
| **INSTALLED OPTIONS** | |
| Body, Power Rear Liftgate | included |
| Emissions, Federal Requirements | $0 |
| SLT 2 Preferred Equipment Group | $0 |
| Tires, P255/55 R19 H Rated | $0 |
| Audio System With Navigation, Am/Fm Stereo With MP3 Compatible CD/DVD Player And DVD Based Navigation | $2,145 |
| Wheels, 4 19" X 7.5" (48.3 CM X 19.1 CM) Machined Ultrabright Aluminum | $1,295 |
| Mirrors, Outside Heated Power Adjustable, Power Folding And Driver Side Auto Dimming, Body Color | included |
| Audio System Controls, In The Rear Cargo Area | $150 |
| Cargo Package | included |
| Convenience Package | included |
| Trailering Package | $425 |
| Trailer Hitch, Factory Installed | included |
| Entertainment System, Rear Seat DVD Player | $1,295 |
| Audio System Feature, Bose Advanced 10 Speaker System | $0 |
| XM Satellite Radio. | included |
| Antenna, Quad Band | included |
| Head Up Display | $350 |
| Power Outlet, 3 Prong Household Style, 115 Volt | included |
| Remote Vehicle Start | included |
| Seat, 8 Way Power Driver | included |
| Seat, 4 Way Power Passenger | included |
| Sunroof, Dual Skyscape 2 Panel Power, Tilt Sliding Front And Fixed Rear | $1,300 |
| Washer Nozzles, Heated Windshield | included |
| Original Shipping Charge | $735 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$40,920.00** |



www.BillMarsh.com
800-596-2774

| | |
|---|---|
| Year: | 2009 |
| Make: | GMC |
| Model: | Yukon XL Denali AWD 4dr 1500 |
| VIN: | [redacted] |

| | |
|---|---|
| Engine: | 8 Cylinder Engine |
| Transmission: | TRANSMISSION, 6-SPEED AUTOMATIC, HEAVY-DUTY, ELECTRONICALLY CONTR. |
| Colors: | Summit White / Ebony |
| Mileage: | 200,006 |

Stock #: 2019-321

**CITY MPG** 12        **HIGHWAY MPG** 19

Actual mileage will vary with options, driving conditions, driving habits and vehicle's condition

### MECHANICAL

- Rear axle, 3.42 ratio
- Tow/haul mode selector button located at end of shift lever
- Cooling, external engine oil cooler, heavy-duty air-to-oil integral to driver side of radiator
- Cooling, auxiliary external transmission oil cooler, heavy-duty air-to-oil
- Transfer case, AWD, electronic automatic system
- All-wheel drive
- Alternator, 160 amps
- Recovery hooks, 2 front, frame-mounted
- Differential, heavy-duty locking rear
- GVWR, 7400 lbs.
- Suspension Package, Autoride, bi-state variable shock dampening and rear air-assisted load-leveling includes automatic air level control
- Suspension, front coil-over-shock with stabilizer bar
- Suspension, rear multi-link with coil springs
- Trailering equipment, heavy-duty includes trailering hitch platform, 7-wire harness with independent fused trailering circuits mated to a 7-way sealed connector and 2" trailering receiver
- Steering, power
- Brakes, 4-wheel antilock, 4-wheel disc
- Exhaust, aluminized stainless-steel muffler and tailpipe
- Tools, mechanical jack and wheel wrench stored in rear quarter trim

### EXTERIOR

- Wheels, 4-20" x 8.5" chrome aluminum
- Tires, P275/55R20 all-season, blackwall
- Wheel, 17" full-size, steel spare
- Tire, spare P265/70R17
- Tire carrier, lockable outside spare winch-type mounted under frame at rear
- Fascia, front color-keyed
- Fascia, rear color-keyed
- Luggage rack, roof-mounted, body-color with bright accent
- Luggage rack center rails
- Moldings, body-color bodyside with bright inserts
- Grille, chrome surround
- Assist steps, Black with chrome insert, mounted between the front and rear wheels
- Headlamps, projector beam with automatic exterior lamp control and flash- to-pass feature
- Fog lamps, front round, halogen
- Mirrors, outside heated power-adjustable, power-folding and driver-side auto-dimming, body-color, with integrated turn signal indicators, ground illumination and curb-tilt
- Glass, Solar-Ray deep-tinted
- Wipers, front intermittent, Rainsense
- Wiper, rear intermittent with washer
- Liftgate with liftglass, rear door system with rear-window wiper/washer
- Liftgate, rear power-operated controlled from front overhead console, remote key fob or button inside liftgate

### ENTERTAINMENT

- Audio system, AM/FM stereo with MP3 compatible 6-disc in-dash CD changer seek-and-scan, digital clock and auto-tone control
- Audio system feature, Bose Centerpoint Surround Sound 10-speaker system
- XM Radio. XM Radio includes 3 trial months of service. XM turns your world on with commercial-free music channels from Rock to Jazz, Country to Classical, Latin Pop to Hip Hop, and virtually everything in between, in all amazing digital sound. Turn on your favorite Sports with every Major League Baseball game from Opening Day until the World Series, NHL Hockey, the PGA TOUR and college football and basketball. Plus XM brings you the biggest names in news and talk, outrageous comedy, award-winning family programming -- wherever you go from coast to coast. Exclusive live concerts, Oprah and Friends, Radio Disney, and so much more. Find what turns you on
- Audio system controls, rear with 2 headphone jacks, power outlet and controls for volume, station selection and media
- Bluetooth for phone personal cell phone connectivity to vehicle audio system

### INTERIOR

- Seats, front bucket with leather-appointed seating, 12-way power driver and front passenger seat adjusters, including power lumbar control, power recline, heated seat cushion and seatbacks, 2-position driver memory, adjustable head restraints, storage pockets and floor console
- Seat adjuster, driver power
- Seat adjuster, front passenger power
- Seats, heated second row
- Seat release, second row, power release only
- Seats, third row 50/50 split-bench with vinyl, 3-passenger removable, all-belts-to-seat
- Console, floor with storage area, 4 cup holders and integrated second row audio and HVAC controls
- Cup holders, in front seating area
- Cup holders, in rear of floor console
- Cup holders, driver and passenger-side in third-row side trim
- Floor covering, color-keyed carpeting
- Floor mats, color-keyed carpeted front and second row removable
- Acoustical Insulation Package, premium
- Steering column, Tilt-Wheel, adjustable with brake/transmission shift interlock
- Steering wheel, Deluxe, leather-wrapped with power-tilt
- Steering wheel, heated
- Steering wheel controls, mounted audio and cruise controls includes Driver Information Center controls
- Driver Information Center, full-functionality included with temperature and compass
- Instrumentation, analog with speedometer, odometer with trip odometer, fuel level, voltmeter, engine temperature, oil pressure and tachometer
- Warning tones headlamp on, key-in-ignition, driver and passenger buckle up reminder and turn signal on
- Windows, power with driver Express-Down and lockout features
- Door locks, power programmable with lockout protection
- Remote vehicle starter system includes Remote Keyless Entry
- Pedals, power-adjustable for accelerator and brake, includes Rear Parking Assist
- Universal Home Remote includes garage door opener, 3-channel programmable
- Cruise control, electronic with set and resume speed
- Air conditioning, tri-zone automatic climate control with individual climate settings for driver and right-front passenger
- Air conditioning, rear auxiliary
- Heater, rear auxiliary with rear passenger heating ducts
- Defogger, rear-window electric
- Rear Parking Assist, Ultrasonic with rearview LED display and audible warning
- Theft-deterrent system, vehicle, PASS-Key III
- Door trim, side reflectors on the rear doors
- Armrests, driver and passenger doors, padded
- Mirror, inside rearview auto-dimming
- Console, overhead mini with map lights
- Visors, driver and front passenger illuminated vanity mirrors, padded with cloth trim, extends on rod, Shale-colored
- Assist handles, front passenger and second row outboard
- Coat hooks, driver- and passenger-side rear seat and cargo area
- Lighting, interior with dome light, driver- and passenger-side door switch with delayed entry feature, cargo lights, door handle or Remote Keyless Entry-activated illuminated entry and map lights in front and second seat positions
- Power outlets, 4 auxiliary with covers, 12-volt, 3 in floor console, 1 in cargo area
- Storage bin, behind driver-side rear quarter panel
- Cargo mat

### SAFETY

- StabiliTrak, stability control system with traction control
- Air bags, dual-stage frontal, driver and right-front passenger with Passenger Sensing System
- Air bags, head curtain side-impact, first and second row outboard seating positions with rollover sensor, includes third row seating positions with 3-passenger third row bench seat
- OnStar, 1-year of Directions and Connections plan. Includes the innovative easy to use Turn-by-Turn Navigation services which provide voice-guided directions . Also includes Automatic Crash Notification, Automatic Notification of Air Bag Deployment, Stolen Vehicle Location Assistance, a link to all Emergency Services, Roadside Assistance, Remote Door Unlock, OnStar Vehicle Diagnostics, Hands-Free Calling, AccidentAssist, Remote Horn and Lights, Information and Convenience Services, and Driving Directions
- LATCH system for child safety seats
- Tire Pressure Monitoring System

## New

| | |
|---|---|
| **MSRP** | **$55,935.00** |
| **INSTALLED OPTIONS** | |
| Emissions, Federal Requirements | $0 |
| Preferred Equipment Group | $0 |
| • standard equipment | |
| Solid Paint | $0 |
| Summit White | $0 |
| Ebony, Perforated Nuance Leather Appointed Seat Trim | $0 |
| Audio System With Navigation, Am/Fm Stereo With MP3 Compatible CD/DVD Player And DVD Based Navigation | included |
| Sun, Entertainment And Destinations Package | $4,790 |
| • (UVB) AM/FM stereo MP3 compatible CD/DVD player and DVD-based navigation
• (U42) rear seat entertainment system
• (UVC) rearview camera system and (CF5) power sunroof
• (CF5) power sunroof | |
| Sunroof, Power, Tilt Sliding | included |
| • express-open and close and wind deflector | |
| License Plate Bracket, Front | $15 |
| Entertainment System, Rear Seat DVD Player | included |
| • remote control
• overhead display
• 2 sets of 2-channel wireless infrared headphones and auxiliary audio/video input jacks | |
| Seats, Heated And Cooled, Seat Cushion And Seat Back For Driver And Front Passenger | $650 |
| Rearview Camera System | included |
| XM Navtraffic | $0 |
| Customer Dialogue Network | $0 |
| Original Shipping Charge | $950 |
| **RETAIL PRICE (ORIGINALLY NEW)** | **$62,340.00** |



www.redsautoandtruck.com
303-726-5520

MonroneyLabels.com