DYKEMA GOSSETT LLP
DEREK S. WHITEFIELD, State Bar No. 165731
*DWhitefield@dykema.com*
ABIRAMI GNANADESIGAN, State Bar No. 263375
*AGnanadesigan@dykema.com*
444 South Flower Street, Suite 2200
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

KIRKLAND & ELLIS LLP
Renee D. Smith (admitted *pro hac vice*)
renee.smith@kirkland.com
300 N. LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2310
Facsimile: (312) 862-2200

*Attorneys for General Motors LLC,
General Motors Holdings LLC and
General Motors Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES MILSTEAD, et al., | Case No. 4:21-cv-06338-JST |
| Plaintiffs, | **ORDER APPROVING JOINT STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER THIRD AMENDED COMPLAINT AND SETTING OTHER INITIAL CASE MANAGEMENT DEADLINES** |
| v. | |
| GENERAL MOTORS LLC, et al, | The Hon. Jon S. Tigar |
| Defendants. | |

Pursuant to Civil Local Rule 6-1(a), Defendants General Motors Holdings LLC, and General Motors Company ("Defendants") and Plaintiffs James Milstead, et al. ("Plaintiffs") (Plaintiffs and Defendants are referred to collectively as the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate as follows:

WHEREAS, the Court granted Defendants' motion to stay all discovery, including Rule 26(a)(1)(A) initial disclosures, "until the pleadings are settled or upon further order of the Court." ECF 165;

WHEREAS, the Court granted Defendants' motions to dismiss Plaintiffs' First Amended Complaint and Second Amended Complaint with leave to amend, ECF 177, 196;

WHEREAS, Plaintiffs filed a Third Amended Complaint on July 27, 2023, ECF 197;

WHEREAS, Defendants moved to dismiss the Third Amended Complaint on August 24, 2023, ECF 201;

WHEREAS, the Court denied Defendants' Motion to Dismiss the Third Amended Complaint on November 3, 2023, ECF 208;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Defendants deadline to file their responsive pleading to the Third Amended Complaint is currently November 17, 2023;

WHEREAS, Plaintiffs Third Amended Complaint is 80-pages long and contains 265 paragraphs of allegations, ECF 197;

WHEREAS, Defendants requested, and Plaintiffs consented to, an additional four weeks, until December 14, 2023, for Defendants to file their answer to the Third Amended Complaint;

WHEREAS, the requested time modification of Defendants' deadline to file their answer will not adversely impact the case schedule;

WHEREAS, the Parties have further agreed to set a conference the week of December 4 – 8, 2023 to discuss case management and a case schedule to present to the Court for consideration;

WHEREAS, the Parties have further agreed to exchange Rule 26(a)(1)(A) initial disclosures on December 7, 2023;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, that Defendants shall have until December 14, 2023 to file their answer to

1  Plaintiffs' Third Amended Complaint; that the parties shall hold a conference to discuss case
2  management and scheduling the week of December 4 – 8, 2023; and that the Parties shall exchange
3  Rule 26(a)(1)(A) initial disclosures on December 7, 2023.

4  I, Derek S. Whitefield, hereby attest that each of the Signatories have concurred in the filing
5  of this document, which shall serve in lieu of their signatures on the document.

7  DATED: November 17, 2023          DYKEMA GOSSETT LLP

8                                    By:  /s/ *Derek S. Whitefield*
9                                         JOHN M. THOMAS
10                                        DEREK S. WHITEFIELD
                                          ABIRAMI GNANADESIGAN

11                                        -and-

12                                        KIRKLAND & ELLIS LLP

13                                   By:  */s/ Renee D. Smith*
14                                        RENEE D. SMITH

15                                        *Attorneys for General Motors LLC, General Motors
                                          Holdings LLC, and General Motors Company*

17  DATED: November 17, 2023          LIEFF CABRASER HEIMANN & BERSTEIN, LLP

18                                   By:  /s/ *David S. Stellings*
19                                        DAVID S. STELLINGS

21                                        BARON & BUDD

22                                   By:  /s/ *Roland Tellis*
                                          ROLAND TELLIS

24                                        SEEGER WEISS, LLP

26                                   By:  /s/ *Chris Seeger*
                                          CHRIS SEEGER

27                                        *Attorneys for Plaintiffs*

**~~PROPOSED~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: <u>November 21</u>, 2023

_____
HONORABLE JON S. TIGAR
United States District Judge

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071