Richard Heimann (CA State Bar # 063607)
Nimish R. Desai (CA State Bar # 244953)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery St., 29th Fl
San Francisco, CA 94111-3339
Telephone: 415-956-1000
Facsimile: 415-956-1008
rheimann@lchb.com
ndesai@lchb.com

David S. Stellings (*pro hac vice*)
Katherine I. McBride (*pro hac vice*)
Jessica A. Moldovan (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
Facsimile: 212.355.9592
dstellings@lchb.com
kmcbride@lchb.com
jmoldovan@lchb.com

*Attorneys for Plaintiffs*

*[Additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILSTEAD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC, et al.,<br><br>Defendants. | Case No. 4:21-cv-06338-JST<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date: October 18, 2024<br>Time: 1:30pm<br>Judge: Hon. Jon S. Tigar |

Pursuant to the Court's scheduling order (ECF 255) the parties submit the following joint case management statement in advance of the case management conference scheduled for October 18, 2024.

**I.      Status of Discovery**

1.      Plaintiffs served their first set of Requests for Production (RFPs) on GM on November 22, 2023. GM served responses and objections on December 22, 2023. Plaintiffs have

reviewed GM's productions in response to the first set of RFPs. The parties will continue to meet and confer about GM's responsive productions, as necessary.

2. Plaintiffs served their second set of RFPs on GM on March 18, 2024. GM served its responses on April 22, 2024. After reviewing GM's responses to the second set of RFPs, Plaintiffs served a subpoena on Aptiv, as discussed below. The parties will continue to meet and confer as necessary.

3. Plaintiffs served their third and fourth set of RFPs on GM on May 20, 2024. GM served their responses and objections to Plaintiffs' third set of RFPs on July 19, 2024, and their responses and objections to Plaintiffs' fourth set of RFPs on July 26, 2024. The parties are meeting and conferring as necessary to narrow disputes.

4. GM made rolling document productions on May 20 and 29, 2024, June 6 and 27, 2024, and most recently made a production of approximately 14,500 pages of documents on October 10, 2024; GM will continue to make productions on a rolling basis. To date, GM has produced over 1 million pages of documents responsive to Plaintiffs' RFPs, as well as two hard drives containing over 250 GB of technical data.

5. On August 12, 2024, GM provided Plaintiffs with its initial list of ten proposed document custodians. In accordance with the parties' stipulated ESI Protocol, Plaintiffs requested that GM disclose all individuals it has identified as likely to possess relevant knowledge so that the parties may confer as to the most appropriate individuals from whom to collect documents and other data, and stated that a list identifying when and to whom litigation holds were issued in connection with this litigation would be sufficient as to current employees and custodians. *See* ECF 233, §5(a) ("The parties will meet and confer and disclose information about those custodians, custodial and non-custodial data sources, and third parties likely to possess relevant or responsive information in accordance with Fed. R. Civ. P. 26 and the Court's ESI Guidelines and Checklist for Rule 26(f) Meet and Confer Regarding Electronically Stored Information."). GM does not agree that the ESI Protocol or Rule 26 requires it to identify "all individuals" it has identified as possessing relevant knowledge, as doing so would not be proportional to the needs of the case. On October 11, 2024, GM provided a list of 53 individuals (former and current

employees) who were sensing or occupant performance engineers during the relevant period or who GM otherwise identified through a reasonable investigation who are either on legal hold or whose data is being preserved. Plaintiffs will evaluate GM's list, and the parties will continue to meet and confer, as necessary.

6.  Plaintiffs have raised with GM that they seek to take a Rule 30(b)(6) deposition regarding corporate structure, ESI preservation, and data sources to identify relevant custodians, third parties, and learn about the manner and methods used by GM store and maintain ESI. GM reserves all rights to oppose any such deposition. The parties will continue to meet and confer regarding custodial searches. The parties also anticipate further meet and confer efforts will be needed on GM's forthcoming search term disclosure.

7.  Plaintiffs served their first set of Interrogatories on GM on July 17, 2024. GM requested extensions on the response date, which Plaintiffs granted as a professional courtesy. During the extension period, GM requested, and plaintiffs agreed to meet and confer to address objections to the Interrogatories prior to service of responses and objections. Following those conferrals, GM served its responses and objections on September 13, 2024. Plaintiffs are evaluating GM's responses and objections.

8.  Plaintiffs served a subpoena to produce documents on third party Aptiv (formerly known as Delphi/Delco) on May 20, 2024. On August 9, 2024, after extensive meet-and-confer efforts, Aptiv produced documents relating to the SDMs supplied by Aptiv/Delphi for 2012 model year GM SUVs and trucks. Plaintiffs and Aptiv had negotiated and agreed to use model year 2012 as a test production to inform and narrow, where possible, the scope of future productions for all other model years. Plaintiffs reviewed the August 9, 2024 production to inform their negotiations with Aptiv. Plaintiffs understand from Aptiv that it anticipates making future productions for the remaining model years (1999-2011, 2013-2018) will take several months given the scope of the Class Vehicles, the location of hard-copy and electronic documents, and the availability of technical staff at Aptiv to compile the productions. Based on their review of GM's discovery responses, Plaintiffs have requested that Aptiv prioritize certain vehicle platforms in the order of its forthcoming productions.

9. GM reserves all rights with respect to Plaintiffs' subpoena to Aptiv, including because GM has not been included in negotiations between Plaintiffs and Aptiv nor has it been provided an opportunity to give input into any of the alleged agreed to "test productions" or "prioritizations" discussed above. As discussed below, GM anticipates seeking its own non-duplicative discovery from Aptiv.

10. GM served its first set of RFPs and Interrogatories as to each named Plaintiff on April 10, 2024. Plaintiffs served their responses and objections to the RFPs on May 10, 2024, and their responses and objections to the Interrogatories on May 24, 2024 (pursuant to a two-week extension, which GM also granted as a professional courtesy). The parties exchanged written correspondence regarding Plaintiffs' responses and objections and held a meet-and-confer call via video conference, where the parties resolved several disputes. Plaintiffs made their initial document production in response to GM's first set of RFPs on July 12, 2024, and made a second production on September 30, 2024. To date, Plaintiffs have produced 63 documents totaling 212 pages. Plaintiffs have agreed to provide supplemental interrogatory responses reflecting the resolved disputes referenced above. The parties are currently negotiating custodians and search terms for Plaintiffs, including information and documents related to third-parties Chris Caruso and Sal Fariello.

11. Plaintiffs will continue to make productions on a rolling basis.

12. The parties have conferred about their anticipated subjects of discovery in this matter. *See* ECF 216 at 6-7 (presenting the parties' positions on anticipated discovery).

13. GM anticipates serving additional discovery on and deposing the named Plaintiffs. GM further anticipates serving discovery on and/or deposing certain third parties, including absent class members, Chris Caruso, Sal Fariello, and Aptiv (f/k/a Delphi) and its current or former employees.

14. The parties have not otherwise discussed specific discovery that is not yet propounded at this time.

## II. Other Issues

15. On September 27, 2024, after extensive meet-and-confer efforts, the parties submitted to the Court a stipulation with proposed order governing privilege logging (ECF 257).

16. On February 6, 2024, this Court entered its Scheduling Order (ECF 220) setting dates through class certification, including a February 28, 2025, deadline for Plaintiffs to file their class certification motion. Considering the current pace of discovery and despite the parties' diligent efforts, Plaintiffs believe they will not be able to meet the deadline for their class certification motion in the current case schedule. GM does not oppose a reasonable extension of the current schedule. The parties will confer about a proposal to present to the Court for a proposed extension of the current case schedule for the Court's consideration.

17. An extension of the deadline is necessary because, while the parties have been actively engaged in the discovery and meet-and-confer process, the pace has been slower than anticipated due to several factors. This includes the roughly 20-year range and scores of make- and model Class Vehicles implicated in Plaintiffs' operative complaint, third-party discovery and resulting negotiations discussed above, and as alleged in Plaintiffs' complaint, the complex, technical nature of the alleged SDM Calibration Defect, which GM believes cannot be fairly described as one defect. As related above, the parties are in the process of negotiating GM's and plaintiffs' ESI custodians, and further meet and confers will be needed on the search terms GM and plaintiffs will use to review the ESI corpus for production consistent with the stipulated ESI Protocol. Plaintiffs and GM then anticipate review and analysis of those documents once produced, and for further fact discovery, depositions, and expert work to follow therefrom.

18. By November 8, 2024, the parties will submit to the Court: (a) a joint statement with a proposed, revised case schedule through class certification or (b) if the parties are unable to reach agreement, the parties may submit competing motions or a unilateral motion for an extension of the current case schedule.

19. The parties do not have other matters or disputes requiring the Court's attention at this time.

| | | |
|---|---|---|
| 1 | Dated: October 11, 2024 | Respectfully submitted, |
| 2 | | By: */s/ Roland Tellis* |

          Roland Tellis (CA Bar #186269)
          David Fernandes (CA Bar #280944)
          Adam Tamburelli (CA Bar #301902)
          **BARON & BUDD, P.C.**
          15910 Ventura Boulevard, Suite 1600
          Encino, California 91436
          Telephone: (818) 839-2333
          Facsimile: (818)-986-9698
          rtellis@baronbudd.com
          dfernandes@baronbudd.com
          atamburelli@baronbudd.com

          David S. Stellings (*pro hac vice*)
          Katherine I. McBride (*pro hac vice*)
          Jessica A. Moldovan (*pro hac vice*)
          **LIEFF CABRASER HEIMANN**
          **& BERNSTEIN, LLP**
          250 Hudson Street, 8th Floor
          New York, NY 10013
          Telephone: 212.355.9500
          Facsimile: 212.355.9592
          dstellings@lchb.com
          kmcbride@lchb.com
          jmoldovan@lchb.com

          Richard Heimann (CA Bar # 063607)
          Nimish R. Desai (CA Bar # 244953)
          **LIEFF CABRASER HEIMANN**
          **& BERNSTEIN, LLP**
          275 Battery St., 29th Fl.
          San Francisco, CA 94111-3339
          Telephone: 415-956-1000
          Facsimile: 415-956-1008
          rheimann@lchb.com
          ndesai@lchb.com

Christopher A. Seeger (*pro hac vice*)
Christopher L. Ayers (*pro hac vice*)
Steven J. Daroci (*pro hac vice*)
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 639-9393
cseeger@seegerweiss.com
cayers@seegerweiss.com
sdaroci@seegerweiss.com

Shauna Itri (*pro hac vice*)
**SEEGER WEISS LLP**
1515 Market Street, Suite 1380
Philadelphia, PA 19102
Telephone: (215) 564-2300
Facsimile: (215) 851-8029
sitri@seegerweiss.com

***Co-Lead Counsel for Plaintiffs and the proposed Class***

W. Daniel "Dee" Miles, III (*pro hac vice*)
H. Clay Barnett, III (*pro hac vice*)
J. Mitch Williams (*pro hac vice*)
Rebecca D. Gilliland (*pro hac vice*)
Dylan T. Martin (*pro hac vice*)
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C**.
272 Commerce Street
Montgomery, AL 36104
Telephone: (334) 269-2343
Dee.Miles@beasleyallen.com
Clay.Barnett@beasleyallen.com
Mitch.Williams@beasleyallen.com
Rebecca.Gilliland@beasleyallen.com
Dylan.Martin@beasleyallen.com

David M. Birka-White (CA Bar # 85721)
**BIRKA-WHITE LAW OFFICES**
178 E. Prospect Avenue
Danville, CA 94526
Telephone: (925) 362-9999
dbw@birka-white.com

James E. Cecchi (*pro hac vice*)
Caroline F. Bartlett (*pro hac vice*)
**CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com
cbartlett@carellabyrne.com

Joseph H. Meltzer (*pro hac vice*)
Melissa L. Troutner (*pro hac vice*)
**KESSLER TOPAZ
MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
jmeltzer@ktmc.com
mtroutner@ktmc.com

Charles E. Schaffer (*pro hac vice*)
David C. Magagna Jr. (*pro hac vice*)
**LEVIN, SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
cschaffer@lfsblaw.com
dmagagna@lfsblaw.com

E. Powell Miller (*pro hac vice*)
**THE MILLER LAW FIRM, P.C.**
950 West University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
Facsimile: (248) 652-2852
epm@millerlawpc.com

Jason P. Sultzer, Esq. (*pro hac vice*)
**THE SULTZER LAW GROUP P.C.**
270 Madison Avenue, Suite 1800
New York, NY 10016
Tel: (845) 483-7100
Fax: (888) 749-7747
sultzerj@thesultzerlawgroup.com

*Counsel for Plaintiffs and the proposed Class*

Renee D. Smith (admitted pro hac vice)
Jeremy Roux (admitted pro hac vice)
Sam Ikard (admitted pro hac vice)
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2310
Facsimile: (312) 862-2200
renee.smith@kirkland.com

Abirami Gnanadesigan, State Bar No. 263375
**DYKEMA GOSSETT LLP**
444 South Flower Street, Suite 2200
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850
AGnanadesigan@dykema.com

Michael P. Cooney (admitted *pro hac vice*)
**DYKEMA GOSSETT LLP**
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
Telephone: (248) 203-0700
Facsimile: (248) 203-0763
mcooney@dykema.com

Justin B. Weiner (admitted *pro hac vice*)
**BUSH SEYFERTH PLLC**
100 W. Big Beaver Rd.
Troy, MI 48084
Telephone: (248) 822-7800
Facsimile: (248) 822-7000
weiner@bsplaw.com

*Attorneys for General Motors LLC, General Motors Holdings LLC and General Motors Company*

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest the concurrence in the filing of this document has been obtained from the signatories.

Dated:  October 11, 2024         /s/ *Roland Tellis*
                                 Roland Tellis

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 11, 2024, a true and correct copy of the foregoing was electronically filed and served electronically via the Court's CM/ECF system, which will automatically serve notice to all registered counsel of record.

*/s/ Roland Tellis*
Roland Tellis