Richard Heimann (CA State Bar # 063607)
Nimish R. Desai (CA State Bar # 244953)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery St., 29th Fl
San Francisco, CA 94111-3339
Telephone: 415-956-1000
Facsimile: 415-956-1008
rheimann@lchb.com
ndesai@lchb.com

David S. Stellings (*pro hac vice*)
Katherine I. McBride (*pro hac vice*)
Jessica A. Moldovan (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
Facsimile: 212.355.9592
dstellings@lchb.com
kmcbride@lchb.com
jmoldovan@lchb.com

*Attorneys for Plaintiffs*

*[Additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MILSTEAD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC, et al.,<br><br>Defendants. | Case No. 4:21-cv-06338-JST<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date: January 24, 2025<br>Time: 1:30pm<br>Judge: Hon. Jon S. Tigar |

Pursuant to the Court's scheduling order (ECF 260) the parties submit the following joint case management statement in advance of the case management conference scheduled for January 24, 2025.

**I. Status of Discovery**

1. Plaintiffs served their first set of Requests for Production (RFPs) on GM on November 22, 2023. GM served responses and objections on December 22, 2023. Plaintiffs have

reviewed GM's productions in response to the first set of RFPs. The parties will continue to meet and confer about GM's responsive productions, as necessary.

2. Plaintiffs served their second set of RFPs on GM on March 18, 2024. GM served its responses on April 22, 2024. After reviewing GM's responses to the second set of RFPs, Plaintiffs served a subpoena on Aptiv, as discussed below. The parties will continue to meet and confer as necessary.

3. Plaintiffs served their third and fourth set of RFPs on GM on May 20, 2024. GM served their responses and objections to Plaintiffs' third set of RFPs on July 19, 2024, and their responses and objections to Plaintiffs' fourth set of RFPs on July 26, 2024. The parties are meeting and conferring as necessary to narrow disputes.

4. GM made rolling document productions on May 20 and 29, 2024, June 6 and 27, October 10, 2024, and most recently made a production on December 23, 2024; GM will continue to make productions on a rolling basis. To date, GM has produced over 1 million pages of documents responsive to Plaintiffs' RFPs, as well as two hard drives containing over 250 GB of technical data.

5. On August 12, 2024, GM provided Plaintiffs with its initial list of ten proposed document custodians. In accordance with the parties' stipulated ESI Protocol, Plaintiffs requested that GM disclose all individuals it has identified as likely to possess relevant knowledge so that the parties may confer as to the most appropriate individuals from whom to collect documents and other data, and stated that a list identifying when and to whom litigation holds were issued in connection with this litigation would be sufficient as to current employees and custodians. *See* ECF 233, §5(a). GM does not agree that the ESI Protocol or Rule 26 required it to identify "all individuals" it has identified as possessing relevant knowledge, as doing so would not be proportional to the needs of the case. On October 11, 2024, GM provided a list of 53 individuals (former and current employees) who were sensing or occupant performance engineers during the relevant period or who GM otherwise identified through a reasonable investigation who are either on legal hold or whose data is being preserved. Plaintiffs evaluated GM's list of individuals subject to legal hold/preservation, and the parties have continued to meet and confer as to

Plaintiffs' further requests for information about these individuals and their data sources. Based on further information from GM and their own investigation, Plaintiffs are finalizing a counterproposal for custodians that Plaintiffs believe will be a reasonable and proportionate reflection of the scope of the case, and expect to present it to GM before the Case Management Conference. The parties will continue to meet and confer about GM's custodians and aim to reach agreement in the near term. The parties also anticipate further meet and confer efforts will be needed on GM's recent search term disclosure, which GM provided to Plaintiffs on January 10, 2025. Plaintiffs are assessing GM's proposed search terms and will respond promptly thereto.

6. Plaintiffs have raised with GM that they seek to take a Rule 30(b)(6) deposition regarding corporate structure, ESI preservation, and data sources to identify relevant custodians, third parties, and learn about the manner and methods used by GM store and maintain ESI. GM reserves all rights to oppose any such deposition. The parties will continue to meet and confer regarding custodial searches.

7. Plaintiffs served their first set of Interrogatories on GM on July 17, 2024. GM requested extensions on the response date, which Plaintiffs granted as a professional courtesy. During the extension period, GM requested, and plaintiffs agreed to meet and confer to address objections to the Interrogatories prior to service of responses and objections. Following those conferrals, GM served its responses and objections on September 13, 2024. Plaintiffs are evaluating GM's responses and objections, including for supplementation as discovery proceeds.

8. Plaintiffs served a subpoena to produce documents on third party Aptiv (formerly known as Delphi/Delco) on May 20, 2024. Plaintiffs and Aptiv negotiated and agreed to use model year 2012 as a test production to inform and narrow, where possible, the scope of future productions for all other model years. On August 9, 2024, Aptiv made its first production, which Plaintiffs reviewed and used to inform their continued negotiations with Aptiv regarding the scope of materials to produce and the priority vehicle platforms. Aptiv thereafter commenced rolling productions for remaining model years (1999-2011, 2013-2018). Aptiv has made several rolling productions, including most recently on December 19, 2024. Plaintiffs are reviewing and

assessing Aptiv's initial productions, and will continue to follow up with Aptiv on its subpoena response and the resulting productions received.

9. GM reserves all rights with respect to Plaintiffs' subpoena to Aptiv, including because GM has not been included in negotiations between Plaintiffs and Aptiv nor has it been provided an opportunity to give input into any of the alleged agreed to "test productions" or "prioritizations" discussed above. As discussed below, GM anticipates serving its own document subpoena on Aptiv in the next week or so that will seek non-duplicative discovery from Aptiv.

10. GM served its first set of RFPs and Interrogatories as to each named Plaintiff on April 10, 2024. Plaintiffs served their responses and objections to the RFPs on May 10, 2024, and their responses and objections to the Interrogatories on May 24, 2024 (pursuant to a two-week extension, which GM also granted as a professional courtesy). The parties exchanged written correspondence regarding Plaintiffs' responses and objections and held a meet-and-confer call via video conference, where the parties resolved several disputes. Plaintiffs made their initial document production in response to GM's first set of RFPs on July 12, 2024, and made a second production on September 30, 2024. To date, Plaintiffs have produced 63 documents totaling 212 pages. Plaintiffs have agreed to provide supplemental interrogatory responses reflecting the resolved disputes referenced above. The parties will continue to negotiate custodians and search terms for Plaintiffs, including information and documents related to third-parties Chris Caruso and Sal Fariello.

11. In connection with Plaintiffs' production, plaintiff James Milstead produced his vehicle purchase agreement, which contained an arbitration clause. As asserted in GM's affirmative defenses to Plaintiffs' Third Amended Complaint, GM anticipates that many absent class members purchased their vehicles subject to sales contract that contain arbitration clauses. *See* ECF 214 at 34 (GM. Aff. Defense No. 23). GM has advised Plaintiffs that based on the individualized circumstances of Mr. Milstead's purchase and the claims he asserts, it does not intend to move to compel him to arbitration based on his purchase agreement. GM's position is subject to change based on further developments during fact discovery or amendments to the pleadings, if any. GM further reserves its rights to raise arbitration issues in opposition to

Plaintiffs' Class Certification Motion or in support of or in response to any other motion as appropriate. Plaintiffs are not presently aware of any valid grounds for arbitration of the claims in this litigation and reserve their rights to oppose any such defenses or attempts to compel arbitration when and if GM raises them.

12. Plaintiffs will continue to make productions on a rolling basis.

13. The parties have conferred about their anticipated subjects of discovery in this matter. *See* ECF 216 at 6-7 (presenting the parties' positions on anticipated discovery).

14. GM anticipates serving additional discovery on and deposing the named Plaintiffs. GM anticipates issuing and serving document subpoenas on Aptiv (f/k/a Delphi), Chris Caruso, and Sal Fariello within the next week or so, and anticipates seeking depositions after receiving any document productions. GM further anticipates serving discovery on and/or deposing certain third parties, including absent class members. Plaintiffs reserve their rights to object and move to quash or limit such third party discovery at the appropriate time.

15. The parties have not otherwise discussed specific discovery that is not yet propounded at this time.

## II. <u>Other Issues</u>

16. The parties negotiated and agreed on a stipulated extension of the deadline for Plaintiffs to file their motion for class certification, and a commensurate extension of the related expert and briefing deadlines. ECF 261. The Court ordered the stipulated extension, and Plaintiffs' class certification motion and expert disclosures are due December 12, 2025. ECF 262.

17. The parties do not have other matters or disputes requiring the Court's attention at this time.

Dated: January 17, 2025

Respectfully submitted,

By: */s/ David Stellings*

David S. Stellings (*pro hac vice*)
Katherine I. McBride (*pro hac vice*)
Jessica A. Moldovan (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
Facsimile: 212.355.9592
dstellings@lchb.com
kmcbride@lchb.com
jmoldovan@lchb.com

Richard Heimann (CA Bar # 063607)
Nimish R. Desai (CA Bar # 244953)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery St., 29th Fl.
San Francisco, CA 94111-3339
Telephone: 415-956-1000
Facsimile: 415-956-1008
rheimann@lchb.com
ndesai@lchb.com

Roland Tellis (CA Bar #186269)
David Fernandes (CA Bar #280944)
Adam Tamburelli (CA Bar #301902)
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: (818) 839-2333
Facsimile: (818)-986-9698
rtellis@baronbudd.com
dfernandes@baronbudd.com
atamburelli@baronbudd.com

Christopher A. Seeger (*pro hac vice*)
Christopher L. Ayers (*pro hac vice*)
Steven J. Daroci (*pro hac vice*)
**SEEGER WEISS LLP**
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 639-9393
cseeger@seegerweiss.com
cayers@seegerweiss.com
sdaroci@seegerweiss.com

Shauna Itri (*pro hac vice*)
**SEEGER WEISS LLP**
1515 Market Street, Suite 1380
Philadelphia, PA 19102
Telephone: (215) 564-2300
Facsimile: (215) 851-8029
sitri@seegerweiss.com

***Co-Lead Counsel for Plaintiffs and the proposed Class***

W. Daniel “Dee” Miles, III (*pro hac vice*)
H. Clay Barnett, III (*pro hac vice*)
J. Mitch Williams (*pro hac vice*)
Rebecca D. Gilliland (*pro hac vice*)
Dylan T. Martin (*pro hac vice*)
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C**.
272 Commerce Street
Montgomery, AL 36104
Telephone: (334) 269-2343
Dee.Miles@beasleyallen.com
Clay.Barnett@beasleyallen.com

Mitch.Williams@beasleyallen.com
Rebecca.Gilliland@beasleyallen.com
Dylan.Martin@beasleyallen.com

David M. Birka-White (CA Bar # 85721)
**BIRKA-WHITE LAW OFFICES**
178 E. Prospect Avenue
Danville, CA 94526
Telephone: (925) 362-9999
dbw@birka-white.com

James E. Cecchi (*pro hac vice*)
Caroline F. Bartlett (*pro hac vice*)
**CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com
cbartlett@carellabyrne.com

Joseph H. Meltzer (*pro hac vice*)
Melissa L. Troutner (*pro hac vice*)
**KESSLER TOPAZ
MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
jmeltzer@ktmc.com
mtroutner@ktmc.com

Charles E. Schaffer (*pro hac vice*)
David C. Magagna Jr. (*pro hac vice*)
**LEVIN, SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
cschaffer@lfsblaw.com
dmagagna@lfsblaw.com

E. Powell Miller (*pro hac vice*)
**THE MILLER LAW FIRM, P.C.**
950 West University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
Facsimile: (248) 652-2852
epm@millerlawpc.com

Jason P. Sultzer, Esq. (*pro hac vice*)
**THE SULTZER LAW GROUP P.C.**
270 Madison Avenue, Suite 1800
New York, NY 10016
Tel: (845) 483-7100
Fax: (888) 749-7747
sultzerj@thesultzerlawgroup.com

***Counsel for Plaintiffs and the proposed Class***

Renee D. Smith (admitted pro hac vice)
Jeremy Roux (admitted pro hac vice)
Sam Ikard (admitted pro hac vice)
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2310
Facsimile: (312) 862-2200
renee.smith@kirkland.com

Abirami Gnanadesigan, State Bar No. 263375
**DYKEMA GOSSETT LLP**
444 South Flower Street, Suite 2200
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850
AGnanadesigan@dykema.com

Michael P. Cooney (admitted *pro hac vice*)
**DYKEMA GOSSETT LLP**
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
Telephone: (248) 203-0700
Facsimile: (248) 203-0763
mcooney@dykema.com

Justin B. Weiner (admitted *pro hac vice*)
**BUSH SEYFERTH PLLC**
100 W. Big Beaver Rd.
Troy, MI 48084
Telephone: (248) 822-7800
Facsimile: (248) 822-7000
weiner@bsplaw.com

***Attorneys for General Motors LLC, General Motors Holdings LLC and General Motors Company***

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest the concurrence in the filing of this document has been obtained from the signatories.

Dated: January 17, 2025

/s/ *David Stellings*
David Stellings

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 17, 2025 a true and correct copy of the foregoing was electronically filed and served electronically via the Court's CM/ECF system, which will automatically serve notice to all registered counsel of record.

*/s/ David Stellings*
David Stellings